# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132266 & (78)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                 SC: 132266
                                 COA: 257144

JARRETT WADE SWANIGAN,
       Defendant-Appellant.
                                 Wayne CC: 04-002842-02

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 5, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006                             _____

p1218                                         Clerk